IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKE E. HOLFORD,<br>　　　　　　　*Plaintiff,*<br>　　v.<br><br>LORI A DIFABIO, *et al.*,<br>　　　　　　　*Defendants* | CIVIL ACTION<br>NO. 21-02261 |

## ORDER

AND NOW, this 6th day of December, 2021, upon consideration of: (1) Jessica Kubisak's Motion to Dismiss (ECF 12), Brooke Holford's response (ECF 27) and Kubisak's reply (ECF 31); (2) Matthew Russo and Fox & Roach's Motion to Dismiss (ECF 15), Brooke Holford's response (ECF 26), Fox & Roach and Russo's supplemental memorandum of law (ECF 34) and Holford's answer to the supplemental memorandum (ECF 35); and (3) Daniel Diaz's Motion to Dismiss (ECF 32) and Holford's response (ECF 33), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the motions (ECF 12, 15 and 32) are **GRANTED** and Holford's claims against Kubisak, Fox & Roach, Russo and Diaz are **DISMISSED**.[1]

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.

---

[1]　　Any claim Holford may have against Lori DiFabio remains stayed consistent with 11 U.S.C. § 362. (*See* ECF 13.)