IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKE E. HOLFORD,<br>　　　　　　*Plaintiff,*<br>　v.<br>LORI A DIFABIO, *et al.*,<br>　　　　　　*Defendants* | CIVIL ACTION<br>NO. 21-02261 |

## ORDER

AND NOW, this 8th day of June, 2022, upon consideration of Brooke Holford's Motion for Reconsideration of the Court's December 6, 2021 Order (ECF 38), the responses by Defendants Jessica Kubisiak (ECF 39), Fox & Roach LP t/a Berkshire Hathaway HomeServices Fox & Roach, Realtors and Matthew Russo (ECF 40) and Daniel Diaz (ECF 41) and Plaintiff's Reply (ECF 42) and Amended Reply (ECF 43) and consistent with the accompanying Memorandum of Law, it is **ORDERED** that Plaintiff's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.